UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILLIP PALMER, ) <br> Subpoena Duces Tecum to ) <br> Custodian of Records ) <br> Court Services and Offender ) <br> Supervision Agency ) <br> 633 Indiana Ave., N.W. ) <br> Washington, D.C. 20001 ) <br> ) <br> Defendant. ) <br> _____) | Misc. No. <br><br> (2008-CMD-003049) <br> Superior Court |

### NOTICE OF REMOVAL OF SUBPOENA DUCES TECUM

Court Services and Offender Supervision Agency (CSOSA), respectfully notifies the Court as follows:

1. Court Services and Offender Supervision Agency (CSOSA) has been subpoenaed by Defendant to provide records in <u>United States v. Phillip Palmer</u>, pending in the Superior Court of the District of Columbia, <u>United States v. Phillip Palmer</u>, Case No. 2008-CMD-003049.

2. A copy of the subpoena duces tecum is attached hereto.

3. Court Services and Offender Supervision Agency will move to quash, relying on federal law, within fourteen (14) days of the removal of this action or such time as this Court shall order.

4. This notice of removal is brought pursuant to 28 U.S.C. § 1442(a) and <u>Brown & Williamson Tobacco Corp. v. Williams</u>, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this matter is properly removed from the Superior Court of the District of

Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and Brown & Williamson Tobacco Corp. v. Williams.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney


/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,          )<br>                         )<br>    Plaintiff,         )<br>                         )<br>  v.                     )<br>                         )<br> PHILLIP PALMER,         )<br> Subpoena Duces Tecum to )<br> Custodian of Records    )<br> Court Services and Offender )<br> Supervision Agency      )<br> 633 Indiana Ave., N.W.  )<br> Washington, D.C. 20001  )<br>                         )<br>    Defendant.           )<br>_____) | Misc. No.<br><br>(2008-CMD-003049)<br>Superior Court<br>Subpoena Matter |

## VERIFICATION

1.  I am an Assistant United States Attorney for the District of Columbia, and am making an appearance on behalf of the Court Services and Offender Supervision Agency CSOSA.

2.  I have reviewed the materials provided by the defendant and upon information and belief, the allegations contained in the Notice of Removal of a Subpoena Duces Tecum are true.

3.  I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 18, 2008

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___18___ day of August, 2008, I caused service of the following: Notice of Filing of Notice of Removal, Notice of Removal, and an Attorney Verification, to be made on defendant, through counsel, by facsimile transmission and addressed to:

David A. Sidbury, Esq.
33 R. St. N.E., Suite B
Washington, D.C. 20002
Fax: (202) 588-5989
Phone: (202) 588-1995
Atty. for Defendant

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES,            )<br>                           )<br>    Plaintiff,              )<br>                           )<br>    v.                     )<br>                           )<br>PHILLIP PALMER,            )<br>Subpoena Duces Tecum to    )<br>Custodian of Records       )<br>Court Services and Offender)<br>Supervision Agency         )<br>633 Indiana Ave., N.W.     )<br>Washington, D.C. 20001     )<br>                           )<br>    Defendant.             )<br>_____) | Case No. 2008-CMD-003049<br>Subpoena Duces Tecum |

NOTICE OF FILING OF NOTICE OF
REMOVAL OF SUBPOENA DUCES TECUM

TO:   David A. Sidbury, Esq.
      33 R. Street, N.E., Suite B
      Washington, D.C. 20002
      Fax: (202) 588-5989
      Phone: (202) 588-1995
      Atty. for Defendant

PLEASE TAKE NOTICE THAT ON AUGUST 15, 2008, Court Services and Offender Supervision Agency (CSOSA), through counsel, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal of the subpoena matter in the above-referenced Criminal Action, pending in the Superior Court for the District of Columbia. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia, with regard to the Defendant's Subpoena Duces Tecum for records pertaining to Angela Coleman, i.e., current address and phone number, "shall proceed no further unless and until the

case is remanded." 28 U.S.C. § 1446(d).

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                        United States Attorney

                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                        HEATHER GRAHAM-OLIVER
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 4th St., N.W., Room 10-806
                        Washington, D.C.  20530
                        (202) 305-1334

*IN FORMA PAUPERI*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUBPOENA
*Duces Tecum*

UNITED STATES
DISTRICT OF COLUMBIA

RECD OGC AUG 12 08

Case No. **2008-CMD-003049**

vs.

**Phillip Palmer**

To: **Custodian of Records, Probation Department, 633 Indiana Avenue, N.W. Rm 1235, Washington, DC**

YOU ARE HEREBY COMMANDED:

To appear before the Criminal Division room/courtroom **312** of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, ~~555 Fourth Street, N.W.~~, Washington, D.C. on the **19th** day of **August**, 20**08**, at **9:30** a.m./~~p.m.~~ as a witness for **Phillip Palmer**

☐ and bring with you **Current address and phone number for Angela M. Coleman, DOB: 5/9/59  Case No. 08-CMD-003047**

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this **12th** day of **August**, 20**08**.

_____    _____
Officer in Charge              District

**David A. Sidbury**
Attorney for ~~Government~~/Defendant

Phone No. **(202) 588-1995**

Clerk, Superior Court of the District of Columbia

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

_____    _____
Date                Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| **Rochelle Durant - Program Analyst** | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| FAX No. **(202) 588-5989** | **8/12/08 — 1:00 p.m.** |

REMARKS **Send via fax to attention Law Office - David A. Sidbury, 53 R. St. N.E., Suite B, Washington DC 20002**

Signature of Title of Server
**Diane C. Wilks, Investigator**

CD-1072/Jax 00                                    *U.S. GPO: 2000-520-518/04682