UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Misc. No. 08-0530 (JR) |
| ) | Subpoena matter |
| PHILLIP PALMER, ) | |
| ) | D.C. Superior Court Case |
| ) | Criminal Docket |
| ) | (2008-CMD-003049) |
| ) | |

**PETITIONER'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE MOTION TO QUASH**

The Court Services and Offender Supervision Agency (CSOSA) respectfully requests, pursuant to Fed. R. Civ. P. 6, an enlargement of time until September 26, 2008, to file its Motion to Quash this miscellaneous action. Pursuant to Local Rule 7(m), undersigned counsel has contacted Respondent's counsel to ascertain his position on this motion. As of the close of business, September 2, 2008, Counsel for CSOSA has been unable to confer with Respondent's counsel in order to ascertain his position. This is a miscellaneous subpoena matter. CSOSA was issued a subpoena duces tecum by the Respondent to provide the current address and phone number of one Angela M. Coleman, presumably a witness in a pending District of Columbia Superior Court case, entitled United States v. Phillip Palmer, Criminal Case No. 2008-CMD-003049. On August 18, 2008, CSOSA removed the matter to the United States District Court for the District of Columbia. CSOSA stated in its removal papers that it would file a Motion to Quash within 14 days of the removal (September 2, 2008) or upon such time as this Court shall order. The Court has not ordered any time specific to file the Motion to Quash. However, out of

an abundance of caution, CSOSA is requesting until September 25, 2008 to file its Motion to Quash. This is partly due to the fact that as of today's date, counsel for the parties have not had sufficient time to confer as to whether the matter can be resolved.

In addition, preparation of the Motion has been complicated by vacation schedules of the people whose input is necessary to its completion. Moreover, undersigned counsel is simultaneously discharging her responsibilities in other cases. A representative, non-exclusive sample of those responsibilities in the coming weeks includes, but is not limited to:

- Gathering and reviewing Declarations and Vaughn indices in Sealey v. USDOJ, et al., Civ. Act. No. 08-0176 (CKK).

- Responding to subpoena served on the United States Department of Justice by plaintiff in a civil action being litigated in another district. This subpoena is related to another subpoena that was the subject of motions practice in In re Apollo Securities Litigation, Misc. No. 06-0558 (CKK).

- Continuing efforts to negotiate a settlement in Keller v. Dept of State, Civ. Act. No. 06-0816(CKK) (mediation on-going).

- Arranging, taking and defending depositions in Brown v. U.S.A., Civ. Act. No. 05-2309 (EGS).

- Preparing and responding to written discovery in Anderson v. Spellings, Civ. Act. No. 06-1565 (RMC) (on-going).

- Preparing and filing a Motion for Summary Affirmance in Simpson v. Thompson, Ct. Of Appeals No. 08-5211 (due September 2, 2008)

- Consulting with Agency and preparing for evidentiary hearing in Johnson v. Spellings, Civ. Act. No. 06-0321 (GK) (scheduled for September 4, 2008)

- Status Conference in Daniels v. James, Civ. Act. No. 05-2455 (GK) (scheduled for September 4, 2008)

- Providing initial disclosures in Brunotte v. Doan, Civ. No. 08-0587 (HHK) (on-going)

- Preparing mediation statement for mediation in Gallahan v. Winter, Civ. Act. No.

08-0544 (RMC).

In short, the requested enlargement is reasonably necessary to allow the parties to confer prior to the filing of the Motion to Quash.

## **CONCLUSION**

For the foregoing reasons, CSOSA respectfully requests that its Motion to Enlarge Time to file its Motion to Quash be granted.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

/s/

_____
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney

/s/

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on this 2nd day of September, 2008, a true and correct copy of the foregoing **Motion for extension of Time** was served by first-class mail, postage prepaid on:

David A. Sidbury, Esq.
33 R. Street, N.E., Suite B
Washington, D.C. 20002
Fax: (202) 588-5989
Phone: (202) 588-1995

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney